FILED

JUL 27 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hon. Iain Johnston
U.S. DISTRICT Judge

July 16, 2021

RE: Hill v. Ciolli, 20-CV-50281
Request for Hearing on Conditions of Confinement;

Dear judge johnston

As of this date I still have NOT received any of my legal materials, nor has any prison administrator said when it will be returned or why my legal materials are being witheld. In light of the fact this Habeas litigation, addresses my unlawful imprisonment via the arbitrary & lawful confiscation of Good Conduct Time (GCT), and that if successful in this litigation i.e. the Restoration of my "GCT" I will be entitled to immedeite release.

I respectfully ask this Court to hold a evidentiary hearing - on the merits of this litigation and why prison staff are witholding my legal materials or that the Court order Warden to ~~restore~~, return my legal materials immediately.

In particular those legal materials, & law books & reference materials that were in my possession in H-Block, prior to me being moved to SHU for that dismissed FABRICATED incident report.

As it stands, my release date is less than a year away and my Case Manager Vanopdorp is still refusing to process and file a request for my transfer to a RRC (halfway house). Despite me having been incarcerated over 19 years and needing RRC for re-intergration & assimilation into Society.

Instead, I am still confined on unit "F3" where Lt. Dugdale orchestrated another cell-fight on 7-3-21 (1 cell away from my cell) a prisoner almost lost his eye, but has in fact lost all sight in that eye! There have been 3 orchestrated cell fights in July alone, and 5 (that I seen) more Black prisoners sprayed with Gas, and put in CHAINS e.g. Hand cuffs, waist chain,

Shackles - Ambulatory restraints or four point restraints over 24 hours. And its the SAME LT. Dugdale & (Lt. Dix watching) officers, C.O. Gaston (male) C.O. Winkler, C.O. Chadwick, C.O. Horton, C.O. Halbert, etc..

I have only been able to utilize the Law Library one time, and I'm still confined to "F3" despite having the incident report by the DHO, that is, I have NOT been moved back to H-Block. As every other prisoner found NOT guilty was moved back to H-Block, the reason is obvious, if I was in H-Block I'd be able to come out the cell for 2 hours and use the law library and shower, w/out the necessity of staff escort or permission. By keeping me in F-Block I'm locked in the cell 23 hours and only can come out escorted handcuffed by staff - So I am denied law library, shower & recreation for 2 months now!!

Finally, I note parenthetically, the denial of my legal materials is being done purposely, last year these SAME staff did the same thing, that is, refused to give me any of my legal materials until Hon. Judge Joanna Seybert (EDNY) (Sealed case) **ORDERED** them to give me, my legal materials and provide a affidavit (which C/m Johnathan Sullivan did) stating it was given to me under oath.

I am well known litigator in the "BOP" having had a few successes, including a settlement for $30,000 in 2016 and having done a NPR interview with Joe Shapiro in 2016. So that Warden Ciolli (who I've known many years and is reasonable, yet fails to hold staff accountable or ensure staff (simply) do their jobs) go-to-plan is obstruct, obstruct again, obstruct some more, my ability to effectively litigate. This is a constant - notice the prison administration has not even responded to or acknowledged

this Courts entrys or queries on the docket sheet...

Again, because the granting of the Habeas petition would necessitate my immediate release, I ask this Court order an immediate evidentiary hearing — and I have received the Covid Vaccine.

Finally b/c I have not received a single response from Warden Ciolli or w/m Karyn Smiddy I ask the Court plz docket and forward the enclosed letter to warden ciolli so I can be certain he receives it and perhaps respond with some form of redress and/or accountability. Thank u in advance —

** Plz send copy of docketed letter **

Enclosure: Letter to Warden Ciolli

In Struggle
Demetrius Hill
DEMETRIUS HILL
#68133-053
AUSP Thomson
P.O. Box 1002
Thomson, IL,

I, Demetrius Hill, declare under penalty of perjury the foregoing facts true and correct 28 USC 1746 - 7-16-21