Attn: Mr. Andrew Ciolli;           July 16, 21
WARDEN AUSP Thomson

Re: Conditions of Confinement, etc.;

Warden Ciolli;

    I write for several reasons, yet I will attempt to streamline these issue:

1. You told me in SHu (your promise) that I'd be moved back to H-Block, once my Incident Report was dismissed by DHo, yet its been over a month and I'm still on "F3", Despite several other prisoners who had their (bogus) I.R. dismissed were immediately returned to H-Block...

2. I still have NOT received my legal materials that were in my cell in H-Block prior to me being taken to SHu. I ask that you direct your staff to give me back my property, legal materials, law books etc. that were put in SHu when I was moved there.

3. Since I've been on F3, you have NOT done rounds in

1

F3,,, nor has any Associate Wardens, The CMC, Education Supervisor, FSA, Ms. Cruz (R&D); Unit Manager Smiddy **NEVER** does rounds on this unit except <u>1 instance</u> - in which she <u>and</u> the Captain claimed it was so <u>LOUD</u>, She left w/out speaking to a single prisoner or addressing any complaints. The complete dereliction of duty as it relates to "F3" and all the prisoners confined here has allowed <u>RACIST</u> officers such as C.O. Winkler, C.O. Gaston and their ilk especially Lt. Dugdale - a free rein of abuse, excessive force, psychological torture (e.g. paying INMATE* Donte Maddox* extra trays to <u>beat</u> on the door and food slot non stop all night,,, or the constant screaming, or spraying of gas intentionally to cause me asthma attack etc. etc.).

<u>I</u> have been <u>denied</u> a <u>SHOWER</u> by C.O. Gaston & C.O. Winkler for <u>2 MONTHS</u> and <u>counting</u>.

2

4. My Case Manager still has NOT submitted me for RRC (half-way house) placement - now he is claiming to have found a "family court hold" from 29 YEARS ago when I was 14 years of age.!! This is fake Justification for him NOT putting-me in for RRC Months ago pursuant to policy. As you know I've been in prison over 19 years and Will NEED the half way house as I've been incarcerated TWO DECADES.

5. A month ago staff placed prisoner Robert Short in my cell, he is fresh-in on a 30 year sentence, a "active" Bloods Member. As you know I claim NO gang affiliation and having been at USP-TU,,, this is problematic and you, SIS, and UM Smiddy are aware of this. Yet I have to presume um Smiddy is attempting to orchestrate & set-up (Another) cell-fight. As soon as prisoner Short was moved into my cell his "level 2" status was

3

"Regressed" to "level 1"... this is the exact same ploy used on that other inmate, staff took his level, put him on a "spending limitation (for commissary) refused to progress him or move him out of that cell until he assaulted his cell-mate. After he did he was moved off "F3" given back his spending limit - and moved to H-Block... Explain - knowing prison politricks - how Am I confined to a cell with a ACTIVE Blood member?? This is a obvious set-up, and he was brought from G-Block over here...

As we both know I've been taking care of my self for TWO decades - strong - and Bless Be YAHWEH The plan of The ˣDevilˣ FAILED, b/c I Baptized Mr. Short in The 1st PROPHECY: TREASON so he will continue to spread The Way long after my release. So know, that I know, your staff are actively trying to cause me harm.

4

6. No one is picking up <u>legal mail</u> plz assign a staff member to pick up legal mail Monday-Friday.

7. No one is passing out Administrative Remedy Forms CCC Graham has <u>not</u> allowed me to utilize the <u>ARP</u>, again I ask you break-up and re-assign this <u>unit team</u>, starting with W/m Smiddy - None of them do rounds or address prisoner issues b/c she <u>doesn't</u>!!

Respectfully as I've known you many years, I ask you do rounds on "F3" and break this <u>unit</u> up and make F3 a <u>regular Range</u> so it can no longer be a <u>TARGET</u> of staff who have a Racist White Supremacist disposition and Agenda...

<u>Note:</u> <u>Mondays</u> & <u>Sundays</u> or when Lt. Brewer works there are <u>No</u> use of Forces! In F3!! No <u>Blacks</u> put in Chains!!

5

John Struggle
Demetrius Hill
DEMETRIUS HILL
68133-053
AUST Thomson
"F3"

generalized their fears to include all black men and repeatedly asked the victim, "Is that the man who shot you?" At the time of the 1995 presentence interview, the victim suffered from headaches, dizziness, and impaired vision, causing an inability to drive. He was seen regularly by a neurologist. The victim reported that he was unable to work or assist in his family's financial support, and he owed thousands of dollars for medical costs. During the instant presentence interview, the defendant stated that he knew the victim, who repeatedly belittled his mother when she had insufficient funds to pay for things in the delicatessen. He stated that he did not intend to rob the store, but committed the offense "out of anger" directed towards the victim. According to his local presentence report, while incarcerated for this charge, the defendant was "unable to abide by rules and regulations" and was "the subject of seven disciplinary incidents for such offenses as fighting, spitting, and possession of contraband (prescription inhaler, a sock filled with bars of soap and fashioned into a weapon, and a straight edge razor)." Court records have been requested, and a response is awaited. The New York State Department of Parole had no record of the defendant. Notably, this crime of violence is punishable by a term of imprisonment of at least one year. Youthful offender treatment was denied on this charge, and the defendant was prosecuted as an adult.

### Criminal History Computation

260. The total of the defendant's criminal history points is three. According to the Sentencing Guidelines Manual (Chapter 5, Part A), three criminal history points establish a criminal history category of II.

### Other Criminal Conduct

261. As noted in ¶267, the defendant admitted to selling crack-cocaine beginning at 13 years of age in order to support his family. This other criminal conduct is an aggravating factor, which may be considered by Your Honor at sentencing.

*[handwritten: He wrote this c/m Vanopdorp]*

### Other Arrests

| Date of Arrest | Charge/Court | Disposition |
|---|---|---|
| 262. 01-05-93 (Age 14) | Person In Need of Supervision/ Nassau County Family Court, Westbury, New York | Unknown |

*[handwritten: no response on Detainer Action letter]*

*[handwritten: This needs to be resolved before we can proceed with halfway house per policy]*

263. The above-noted arrest was discovered in a presentence report provided by the Nassau County Probation Department, and does not appear in the defendant's