INMATE NAME DEMETRIUS HILL
INMATE REG # 68433-053
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

Legal mail
pen-graph
presence of addressee

To: Hon. Iain Johnston
U.S. District Judge
U.S. District Court
U.S. Courthouse
Rockford, IL, 61101



AUSP Thomson
JUL 20 2021
Received in CSD

INMATE IDENTIFICATION CONFIRMED

Legal mail
open only in
presence of addressee

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed materials to the above address.