Hon. Iain Johnston                                                      7/26/21
U.S. DISTRICT JUDGE

RE: Hill v. Ciolli, 20-c-50281,<br>
<b>3 SIMPLE QUESTIONS;</b>

Dear judge johnston

      Enclosed is <u>my Affidavit</u>, the <u>Affidavit of prisoner Conway</u>, and a copy of the <u>SHU Rule Sheet</u> given to prisoners when they enter SHU- I direct the Courts attention to the "<u>Personal Property</u>" Section. I respectfully request this Court simply ask <u>3</u> Questions of Wm Smiddy or Warden Ciolli:

<u>1</u>. After Confiscation, what is the <u>NAME</u> of the <u>officer who</u> allegedly returned DEMETRIUS HILL' Legal Materials after <u>Confiscated on May 2, 2021</u>?

<u>2</u>. After Confiscation on <u>May 2, 2021</u>, on what <u>DATE</u> was Demetrius Hill' property returned to him?

<u>3</u>. Can AUSP Thomson staff provide a Copy of Demetrius Hill' "<u>PROPERTY FORM</u>" from <u>May 2, 2021</u>, and the <u>Signed</u> <u>PROPERTY</u> <u>Form</u> (after <u>May 2, 2021</u>) by Mr. Hill, and the officer who allegedly,,,

1

issued Mr. Hill his Legal Materials back after they were confiscated?

For this Court to simply accept the "governments repersentations" (Court Entry July 19, 2021) as _FACT_,,, w/out asking any QUESTIONS, turns the Court into a RUBBER STAMP for the BOP!! The affidavit of unit manager Karyn Smiddy is not only Contradictory (eg. see pt.6) the affidavit is clear brazen _PERJURY_,,, I have _NEVER_ had _ANY_ of my "legal materials" which were taken out of my cell on May 2, 2021, RETURNED to me.

Moreover, the Affidavit of Karyn Smiddy _DOES NOT_ even state the legal materials confiscated on May 2, 2021, were given back to me. The Affidavit _Does Not_ Say this! The affidavit says "should he request _either_ access to his legal Materials _or_ ELL, we will accomodate his request,," this is contradictory of the affidavits statement "_He currently has legal personal property in his cell._" (aff. at pt.6)

2

That affidavit is nothing more than a incompetent attempt at deception, its filled with boilerplate ramblings, and a amateurs attempt at misdirection, and lies.

As previously stated in prior letters unit manager Smiddy NEVER does rounds on F3, tell her to name a date,,, any date, in which she did rounds or addressed concerns on F3, then order this facility to provide the unit video footage, and the video will PROVE her a Lier & Perjurer! And the Affidavit of prisoner Conway says the same, as will every prisoner on this range, F3.

I am asking this Court to order WARDEN Cielli to give me back all the Legal Materials Taken out of my Cell on May 2, 2021, and not be a mere rubber stamp for the BoP and its LIES. — Of Course they'd say I didnt Ask for Law Library....

I, Demetrius Hill, declare the following facts True & Correct under penalty of perjury. 28 USC 1746  Executed: 7-26-21

John Struggle
Demetrius Hill
68133-053
AUSP Thomson

3

I, Demetrius Hill, Declare under penalty of perjury the foregoing facts True & Correct. 28 USC 1746.

Hon. Iain Johnston  7/26/21
U.S. District Judge

Re: Hill v. Ciolli, 20-C-50281

Dear Judge Johnston

I was moved from H-Block, back to F3. Since my return C.O. Winkler has repeatedly threatened to "execute" me. This officer stated he is a "expert shot" and claims to have "served" with a "contract army" overseas... He routinely boasts of being a "Contract killer for America" and says he can "get away with anything" because he suffers from PTSD and claims to previously taken psychotropic medication for mental illness. He even says his 5 year old kid (or 6) knows how to shoot! C.O. Gaston (male) repeatedly makes RACIST comments about "spooks" "Coons" and "Breaking Black Boys." These two officers are Terrorizing me and the entire F3 range, staging cell-fights, fake use of forces, and useing "paper clothing" to Sexually assault & molest prisoners during pseudo pat downs. C.O. Winkler repeatedly screams "There is No God"! I ask this Court Do SOMETHING ABOUT WHAT IS HAPPENING on F3! In Struggle, Demetrius Hill

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

DEMETRIUS HILL,
    Petitioner,

v.

Andrew Ciolli, Warden,
    Respondent.

20-C-50281

AFFIDAVIT

I, Demetrius Hill, make the following statement as a affidavit under penalty of perjury:

1. I first point out to the Court the <u>blatant contradiction</u>(lie) in unit manager Smiddy affidavit at pt.6

"<u>Should he [Petitioner] request either access to his legal material or ELL, we will accommodate his request, subject to safety, security and operational limitations.</u>" (Emphasis added)

2. And the Court should note and disregard this lie as well as the vague statement

1

"<u>To my knowledge</u>, he was not denied access to the <u>personal legal property</u> while in SHU or Fox unit. He <u>currently has legal personal property in his cell</u>."

3. As previously stated, all my personal property was confiscated <u>including my legal materials</u>. At no time was <u>any</u> of my legal materials – those materials I had prior to being taken to SHU – returned.

4. Proof, is in the <u>fact</u> um Smiddy's affidavit does <u>NOT</u> state <u>when</u>, <u>what date</u>, was any of my legal materials returned.

5. All prisoners who enter <u>SHU</u> are required to have all their property <u>INVENTORIED</u> and all prisoners <u>MUST SIGN</u> a "<u>property form</u>", when they are issued property, legal materials, etc. in SHU and SMU. The defendants have <u>NOT</u> produced a property form for Petitioner, b/c his property has NEVER been given back!!

2

their concerns addressed - NEVER! And we are constantly targeted for ABUSE, ASSAULTS, orchestrated cell-fights, deprivation of showers (I have not been allowed to shower since May 16, 21) recreation, haircuts, law library etc..!!

10. Notice Unit Manager Smiddy does NOT state in her bogus affidavit - what staff, which staff do rounds weekly. But nonetheless, I urge this Court to Subpeona the video footage from the last 2 weeks or prior - and this Court will see NO executive staff doing rounds on this Range,,, especially unit manager Smiddy.

11. Unit Manager Smiddy affidavit is a complete fabrication and a act of perjury and I urge the Court to challenge its veracity by asking on what date, unit manager Smiddy

8

6. Unit Manager Smiddy should be asked under OATH which officer issued me, my legal materials after May 2, 2021,,, on what date,,, and produce the property form listing the inventory and illustrating my signature— there are property form for EVERY prisoner in SHu, or arriving in SMU. (See EX: A attached).

7. Prisoner Robert Short, who was my cell-mate until being moved on 7/22/21 to H-Block,,, his level 3 miraculously restored, will testify I have NONE of my legal materials. As will other prisoners.

8. Numerous prisoners on unit F-3 will testify unit Manager Smiddy has walked thru this unit 1 time in 90 days! And No executive staff except Captain Hess, has done rounds on this unit since I was returned May 16, 21.

9. Prisoners on this Range F-3 NEVER have ANY of

4

came to Petitioners Cell to see <u>ANY</u> legal Materials, then order the Warden to provide the unit video footage from whatever date she states — to prove beyond all doubt she is <u>lying</u>.

After Complete silence from defendants, now they have allowed perjury to be utilized, and I urge the Court <u>NOT</u> to accept their <u>word</u> on face value but to challenge their Mendacity. So it can be <u>exposed</u> as the lies they are.

<u>I</u> Demetrius Hill, Declare The Foregoing facts True & Correct under penalty of perjury - 28 USC 1746
Dated: 7-22-21

/s/ Struggle
Demetrius Hill
68133-053
AUSP Thomson
P.O. Box 1002
Thomson, IL.,

5

## LAW LIBRARY:
Inmates requesting to use the Law Library may submit an Inmate Request to Staff Member form to the Special Housing Unit Officer. Ordinarily, inmates will be allowed to utilize the Law Library for one hour depending on the number of requests. The Law Library does not have a printer. Once you have selected a document for print a request to staff (Education) with the date and time of print selected needs to be completed. Education staff will deliver the printed documents during their rounds once a week.

## HAIRCUTS:
Inmates requesting a haircut will submit an Inmate Request to Staff Member form to be placed on the waiting list. Inmates may receive a haircut once every thirty (30) days.

## MEALS:
Inmates in the Special Housing Unit will receive three (3) meals daily. The meals will be prepared in the Food Service Department and issued by the Special Housing Unit Officers. The meals will be representative of what is served to the general population. Food trays are not permitted to be maintained after the meal is complete. Failure to do so will constitute being placed on bag meal status not to exceed (7) days.

## VISITING:
Inmates in the Special Housing Unit will be allowed to visit in accordance with the Institutional Supplement. All SHU inmate visits will occur in the non-contact visiting area. All SHU inmates will be visually searched when departing for the visiting room and visually searched upon returning from the visiting room. NO EXCEPTIONS!! Inmates on phone restriction must submit a staff to inmate request to the Special Housing Unit Lieutenant no later than (3) days prior to their visit to allow access to the non-contact visiting phone.

## COMMISSARY:
Commissary slips are distributed to inmates housed in the Special Housing Unit on Wednesday by evening shift staff. Completed commissary slips will be picked-up from the inmates. The morning shift staff will place the commissary slips in alphabetical order and submit them to the Special Housing Lieutenant for review and approval of items requested. Approved items will be distributed to the inmates by Commissary Staff on the following week. Commissary will only be offered every other week. Inmates are not authorized to add items to the Commissary list without the approval of the Special Housing Unit Lieutenant.

## SICK CALL:
Medical Staff make rounds in the Special Housing Unit daily. Inmates requesting to be seen by Medical will submit an Inmate Request to Staff Member.

*[handwritten: ALL prisoners are provided a PROPERTY FORM when ANY PROPERTY ISSUED BY STAFF.]*

## → PERSONAL PROPERTY:
Personal property will normally be issued within twenty one (21) working days after entry into the Special Housing Unit, or when an AD/DS status change occurs while in the SHU. Property will be <u>inventoried</u>, boxed, and sealed, until an inmate's release from the SHU. All inmate personal property retained in their possession will be stored under the lower bed or the shelf provided in cell. All items will be stored in an orderly neat fashion. *[handwritten: I NEVER received PROPERTY in SHU or F-Unit.]*

Inmates placed in the Special Housing Unit will not be allowed to retrieve items from their personal property <u>after initial inventory</u> is conducted by the SHU property officer. The only exceptions to this will be the following:

Inmates will be able to retrieve legal material that is related to current and on-going case (s). This must be verified by the inmate's Unit Team.

EXHIBIT-B

# Affidavit

I, Anthony Conway, state the following under penalty of perjury free of any coersion or duress:

1. On 7-22-2021 at around 7:45 AM, I watched from my cell, as Mr. Demetrius Hill, was taken out of his cell for a cell search. He is in Cell 28 which is directly accross from my cell, as two correction officers searched the cell I was able to see directly into said cell.

2. I can state under oath that Mr. Hill cell is virtually, he has no legal materials or any of his law books, only a mattress, sheets, a Bible and a few newspapers.

3. Further I can attest that Unit Manager Smiddy NEVER does rounds on this range F3, and puts prisoners on this range as punishment.

I, Anthony Conway declare under penalty of perjury the forgoing is true and correct. 28 USC 1746

July 22, 2021

EXHIBIT-C

# USP Thomson

# INMATE BULLETIN

## SMU Recreation

Due to the over whelming amount of inmate escorts required for inmate escorts and interviews Wednesday July 21st and Thursday July 22nd, out-of-cell recreation will be cancelled for the above dates.

We have large amounts of inmate property to be delivered to the SMU population during these dates as well as outside civilians arriving to interview the SMU population.

The following will still take place:

Showers

Medical pulls

Inmate interview pulls

DHO pulls (if required)

Inmate property distribution

Law Library

Hair cuts

Etc.

We will resume normal operations on Friday, July 23, 2021.

\_\_\_\_\_//s//\_\_\_\_\_  \_\_\_07-20-2021\_\_\_

J. Hess, Deputy Captain                Date