Hon. IAIN D. Johnston
U.S. District Judge

FILED
SEP 08 2021
JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Aug. 24, 2021

RE: HILL V. Riolli, 20-CV-50281
Conditions of Confinement

Dear Judge Johnston,

I write to tell the Court on Monday Aug. 23, 2021 two additional fights happened on F-3 and a staff on prisoner assault. As I explained to this Court almost <u>EVERY DAY</u> a prisoner is assaulted, attacked or brutalized by another prisoner or staff. And yet the Administration is <u>forcing</u> prisoners into cells with violent dangerous prisoners who <u>DON'T</u> want anyone in their cell so they assault them, then the staff throw GRENADES, SHOOT RUBBER BULLETS, and SPRAY WHOLE CANS OF <u>GAS</u>!! And it's always the SAME OFFICERS ASSAULTING the prisoners C.O. Winkler, C.O. Gaston, C.O. Chadwick, C.O. Gruenwald and Lt. Dugdale...

John Struggle
DEMETRIUS HILL
68133-053