**FILED**
SEP 13 2021
JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Hon. Iain D. Johnston
U.S. District Judge

9-9-21

RE: Demetrius Hill v. Ciolli; 20-CV-50281
Docket Sheet request;

Dear Judge Johnston

I write to request, can u plz. have a copy of the docket sheet in this case forwarded to me. I would like to ensure all of my letters & motions were in fact received by this court. This is important and that each envelope was received SEALED as I seal all the legal mail sent to this Court.

Again I urge the Court to hold a expedited hearing in this case since I did not have the benefit of my legal materials – which they still have NoT returned. I thank u in advance —

In struggle
Demetrius Hill
68233-053
AUSP Thomson

*Note: 2 more BLACK prisoners are IN CHAINS in FB today since yesterday—