FILED
SEP 13 2021
JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Hon. Iain D. Johnston
U.S. DISTRICT JUDGE

Sept. 7, 2021

RE: DEMETRIUS HILL v. Ciolli; 20-CV-50281
<u>Clarification of Prior Motion</u>, etc.;

Dear judge johnston

I write for several reasons:

1. The "<u>STATEMENT OF DISPUTED FACTUAL ISSUES</u>" was <u>mislabeled</u> as such, and should be titled "<u>A STATEMENT OF UNDISPUTED FACTUAL ISSUES</u>" and can the Court have the <u>Docket changed</u> accordingly, to reflect this correction. As all the <u>facts</u> stated therein are <u>supported</u> by <u>respondents own documents and exhibits</u>.

2. I urge the Court to examine the calculations and highlighted <u>exhibits</u> I've used. As it is <u>clear</u> and unambiguous that A. I received <u>No due process hearing</u> prior to the taking of my Good Conduct Time (GCT) based on an alleged GED <u>Un</u>satisfactory designation. This is

in violation of <u>clear</u> Supreme Court case law, and there are <u>clear</u> <u>Exemptions</u> in the statute, simply ignored by respondents. <u>B.</u> Again based on respondents own <u>records</u> and <u>exhibits</u>, my GCT from <u>2002</u> to <u>2006</u> should of been <u>VESTED</u> and <u>non</u>-confiscatable.

The adding together of these two <u>GCT</u> calculations places me <u>past</u> my <u>release date</u>,,, as such I urge the Court to order a fact hearing, or summarily order my <u>release</u> from this facility. Everyday I remain in this facility creates a posibility <u>staff</u> will either <u>assault</u> me, or orchestrate my assault or death — this is not hyperbole.

In the past week, Mr. Evans who I wrote about previously has <u>finally</u> been able to file a <u>PREA</u> after being forced back into the with a sexual predator and (allegedly) raped! Then <u>43</u> cell had two prisoners, well Lt. Dugdale, told one prisoner to <u>pack-up</u> he was

Moving - guess WHERE to and WITH WHO,,, - he was being moved with the inmate who had just been accused of sexually assaulting Mr. Evans! Thats right less than 2 days after being accused of sexual assault (they) staff attempted to move the guy from 43 cell into his cell 10 cell (F3). But the guy from 43 cell was scared ISH-LESS! So he refused to go in there,,, staff wrestled him to the ground and another Use of Force occurred. Afterward they put the guy back into 43 cell with his old cell-mate. The very next day that g-inmate who refused to go into 10 cell,,, he attacked the other inmate in 43 cell while he was still in handcuffs,,, beating him senseless!!

Come to find out, Lt. Dugdale told the inmate who he tryed to move-in with 10 cell, that the reason was because his cell-mate had been "dropping-kites" (snitch letters) on him saying he was bullying him in the cell!!

And told him, the Inmate was a <u>sex offender</u>,,, they told him this then put him back in the cell. See staff are putting <u>FALSE SEX OFFENDER</u> labels on prisoners (there <u>WILL</u> be a <u>suit</u> about this soon) to have them assaulted and attacked.

On Saturday-to-Sunday night at 3:00 am <u>another</u> Inmate in cell <u>47</u> was assaulted and had to be taken out the cell, and taken to the outside <u>hospital</u>. Staff are using a Powerful Industrial <u>FAN</u> to drown out the noise so they can't <u>HEAR</u> the assaults. And yesterday the ~~guy~~ inmate in 15 cell refused to take his cell-mate back in the cell. So he was put in <u>CHAINS</u> and strapped into the <u>Restraint chair</u> where he is <u>still</u> at today...

I, Demetrius Hill declare the foregoing facts True and Correct under penalty of perjury. 28 USC 1746, Executed: 9-7-21

*John Struggle*
*Demetrius Hill*
68183-053
AUSP Thomson (FS)