Hon. Iain D. Johnston
U.S. District Judge

12-2-2021

Re: Demetrius Hill v. Ciolli, 20-CV-50281
and 21-CV-50321; Modern Plantations;

Dear judge johnston

Here at USP (united States Plantations) Thomson, On 11-28-2021 the Quarter (90 day) has changed and the officers who worked this block F-3 were changed-out (most of them) with the officers from G-Block. So an outsider would think the staff on prisoner assaults would stop,,, or at least decrease,,, well on 12-1-21 exactly 3-days into the new quarter. A prisoner was placed into the shower allegedly to be placed into "paper clothing," the newly constructed curtains were closed to block out the camera, and the Black prisoner was sadistically assaulted.

The reason he was targeted by the staff, is b/c when coming in from recreation he lied to the C.O. about which cell he was confined to.

1

So the fatuous, incompetent C.O. placed him in the <u>WRONG</u> Cell (He was in cell 12, the C.O. put him in cell 29 I believe)! The prisoners <u>ruse</u> worked- and he was able to get in the other cell and <u>attack</u> the prisoner he wanted,,, staff only realized their error when the correct prisoner came back from recreation and attempted to go into his cell... So that's why the C.O.'s plotted & planned ~~the assa~~ then carryed out the assault on the prisoner <u>FNU</u> (his last three numbers are "007" as he is from D.C.). On Nov. 30, 2021 a <u>Cell-fight</u> occured during "cell-consolidations" (BKA <u>forced-double celling (fdc)</u>). The cell-fight was in cell <u>38</u> directly above my cell so when staff sprayed cans of <u>OC GAS</u> and shot numerous pepper-ball bullets,,, the <u>GAS</u> inundated my cell choking me with <u>GAS</u>!! On the same date, during the passing-out of the

2

dinner trays (around 4:30 pm) <u>another</u> cell-fight occurred in cell 18 — four cells away — and the <u>Lt.</u> emptied two cans of <u>GAS</u>... shot <u>NUMEROUS</u> <u>pepper-ball</u> rubber bullets, threw in a concussion grenade, then used <u>MORE GAS</u> - b/c the prisoners would <u>NOT</u> stop fighting or submit to handcuffs... This took place for about <u>15</u> to 20 minutes (<u>I believe</u>), and AGAIN I was inundated with <u>GAS!</u>

As I have explained to this Court, I suffer from <u>SEVERE ASTHMA</u>, and DR. Manning from <u>MERCY ONE</u> hospital a pulminologist has repeatedly asked that I not be exposed to OC <u>GAS</u>. Yet this facility administration Unit Manager Smiddy (Karen) (inter alia) keeps me confined on the most problematic range - <u>F3</u> intentionally — all the staff know I have <u>ASTHMA</u>. Right now I am still <u>wheezing</u> having trouble breathing, and I am forced

3

to over-use my <u>Albuterol</u> inhaler. And since the discontinuance of my <u>Symbicort</u> inhaler, I am becoming progressivly worse.

Again I write candidly, this Courts silence, has enabled & enboldened this administration to continue to permit the sadistic, malicious abuses at this modernized plantation,,, and "<u>Ziglar v. Abbasi</u>" is <u>no</u> justification or excuse. Because if this prison was majority white or Jewish prisoners this Court would be neither silent nor idle. I was given a new cell-mate named <u>Muhammed Ali</u> (muhamed) from <u>Somalia</u> he has a <u>black eye</u> from being shot in the face with a <u>pepper ball</u> by staff, he has <u>chain</u> marks on his wrist, ankles & waist from the cuffs & shackles he was kept in,,, this IS <u>NEO-SLAVERY</u> and <u>YAHWEH</u> & <u>History</u> will condemn this Courts silence—

I, Demetrius Hill, declare the forgoing facts True & Correct under penalty of perjury <u>28 USC 1746</u>
12-2-21

In struggle
*Demetrius Hill*
DEMETRIUS HILL
68233-053
4