FILED
DEC 09 2021
JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Hon. Iain D. Johnston
U.S. District Judge

11-30-21

RE: HILL v. Ciolli, 20-CV-50281

Dear judge johnston

  I write to tell the Court that the medical staff at this facility have <u>discontinued</u> my <u>Asthma</u> inhaler "<u>Symbicort</u>." I have been on this medication over <u>10 years</u> (or close to it) and <u>NEED</u> it. This medication was re-ordered by Dr. Manning a pulmonologist, from <u>Mercy one</u> hospital in Iowa. Since this facility has stopped providing me this medication I have been having more & more difficulty <u>breathing</u> and am presently <u>wheezing</u>. Medical staff have stated this facility will <u>No Longer</u> pay for <u>Symbicort</u> - its too costly they claim.

  <u>I</u> am highly susceptible to catching "COVID-19" as I have chronic <u>Asthma</u>, and designated a <u>Medical care level 3</u>

for _Asthma_. And as this Court is aware I have _months_ (less than a year) until my release from prison. In light of these factors, I ask this Court to either _order my release_ so I can care for myself, or order that the BoP _re-prescribe_ the "_Symbicort_" for the maintenance of my _Asthma_ condition.

Moreover, I ask this Court to rule on the pending _2241_ petitions & motions - my _Asthma_ has been becoming progressively worse since _being_ sprayed with _Gas_ while in _chains_. For over a year this Court has turned a blind eye to the abuses at this facility.

Finally, _NPR news_ was contacted by a staff member on my behalf (after witnessing my assault & abuse by fellow staff) and NPR has done a "_records request_" on my behalf relative to me being placed in restraints on _Nov. 18, 2021_ and _Nov. 19, 2021_. I ask this Court to order Warden Cioll: _Not_ to allow the _destruction_

of any of the video recordings relative to what was done to me on these days. The officers manufactured a justification to place me in restraints, and I am concerned they will try to destroy these tapes. As they are unable to know which staff member I gave the number to, too call Joe Shapiro from NPR on my behalf. So I ask for an order preventing the destruction of any video relative to when I was placed in restraints.

I thank the Court for its Consideration of this matter —

I Demetrius Hill declare under penalty of perjury the forgoing facts are True and Correct 28 USC 1746, Nov. 30, 2021

ah Struggle
Demetrius Hill
68133-053
AUSP Thomson

Note: It's around 12:00 pm
I have to END this Scribe as they are AGAIN Spraying GAS directly above me in that cell there is a cell fight occurring and I must cover my mouth & nose Now!