**FILED**
DEC 14 2021
JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Hon. Iain D. Johnston
U.S. District Judge

12-8-21

RE: Demetrius Hill v. Ciolli, 20-CV-50281
<u>Theft of Christmas Bags</u>;

Dear Judge Johnston,

As Christmas approaches, every year I have been in the BOP - <u>20 YEARS</u> - Christian charity groups donate <u>christmas bags</u> to every prisoner in the BOP. These christmas bags are <u>DONATED</u> to <u>PRISONERS</u>, the BOP is only a Caretaker, to provide the Bags to each prisoner. At AUSP Thomson, the <u>Staff</u> are <u>STEALING</u> the bags from the <u>BLACK</u> prisoners, I will write this Court and tell u exactly how many Black prisoners are denied their Christmas bags, and the <u>bags</u> are kept by the <u>STAFF</u>!

John Struggle
Demetrius Hill
68133-053
AUSP Thomson