Hon. Iain D. Johnston
U.S. District Judge

12-7-21

RE: DEMETRIUS HILL v. Ciolli; 20-CV-50281

Dear Judge Johnston,

On Friday 12-3-21 during the evening there was <u>another</u> use of force on F3 after a voluminous amount of rubber munitions were used and concussion grenades. Two more BLACK prisoners were placed in <u>chains</u>. They were kept in chains from <u>Friday</u> night until <u>Sunday</u> afternoon,,, forced to <u>urinate</u> & <u>defecate</u> on themselves while chained down as neo slaves...

On Dec. 2, 21 I was taken to <u>MERCY ONE</u> hospital to see Dr. Manning, a pulmonologist, due to me being an <u>asthmatic</u>. Dr. Manning again ordered the medication "<u>Symbicort</u>" as part of my treatment regiment, and <u>again</u> the doctors order was <u>over ruled</u> and the medication <u>denied</u>. So as my wheezing and breathing become progressively worse, this facility is doing

NOTHING,,, not even providing nebulizer treatments. And every time there is a <u>Calculated use of force</u> staff <u>NEVER</u> move me off the range <u>prior</u> to employing <u>O.C. Gas</u> in large amounts. And after <u>Immediate use of forces</u> (or calculated) <u>NEVER</u> am I evaluated by medical for breathing distress — every other day <u>Gas</u> is used on some <u>Black</u> prisoner and I am subjected to it... A New Torture tactic is Now being utilized by <u>Lt. Marquez</u> at direction from <u>Acting deputy Captain Wise</u> (sic) e.g. placing Black prisoners in <u>PAPER CLOTHING</u> — No cloth or cotton — only <u>PAPER Pant</u>, <u>PAPER Shirt</u>, <u>PAPER underwear</u>, <u>PAPER Socks</u>! It is less than <u>20 degrees</u> at night — its <u>December</u> — there is <u>NO HEAT</u>, the facility staff have <u>NOT</u> turned the <u>HEAT</u> on, and all <u>BLACK</u> prisoners are being forced to wear <u>PAPER CLOTHES</u> WITH <u>PAPER SHEETS</u> <u>No BLANKETS</u>!!

_It is FREEZING COLD_ in these cells, and my cell neighbor (I'm in cell **FB-15** he is in cell **F3-14 cell**) Prisoner Deloboie (correct spelling _unknown_)(he _has litigation_ in this Court as well) has been in ~~[scribbled]~~ _PAPER CLOTHES 3 TIMES_ in _3 WEEKS_!

                         _/s/ Jm Struggle_
                         Demetrius Hill

I Declare under penalty of perjury the foregoing is True and Correct.
28 USC 1746