**FILED**

JAN 03 2022

JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Hon. Iain D. Johnston
U.S. District Judge

12-16-21

RE: <u>DEMETRIUS HILL V. Ciolli</u>; <u>20-CV-50281</u>

(Randomly on 12-15-21
I opened my <u>BIBLE</u> to <u>Psalms 23</u>-BBY)

Dear Judge Johnston

As 2021 comes to a end

On 12-15-2021 between 10pm and 10:47<sup>PM</sup> the prisoner in cell F3-13 was brought out of his cell and placed on a stretcher, having <u>BLOOD</u> all over his face and completely <u>UNCONSCIOUS</u>, making a buzzing noise. That prisoner may <u>die</u>, and I place his death at the feet of Warden Ciolli, his administration in particular Unit manager <u>Smiddy</u>. Who repeatedly thru Forced Double Celling (FDC) places small-weaker prisoners in the cell with extremely <u>violent</u> depraved and often sexual <u>deviants</u>, and predators. This prisoner case will prove another such example as he was denied a <u>SHOWER</u> over a week (check the camera)

and could NOT get out of the cell with *Dante Maddox* who ate his commissary and most of his food trays. And Dante Maddox told the C.O.'s to get him out of his cell even after 30 minutes of beating him and him pleading, the C.O. Beno (Beny (Name misspelled) walked off slamming the STEEL Flap closed, stating "Do it Maddox just do it" by the C.O.s next round the prisoner was unresponsive.

And 12-15-21 in the Morning around 7AM to 8AM staff sprayed another inmate with GAS who had a Seizure and was unresponsive.

I Demetrius Hill declare under penalty of perjury the forgoing facts are True and Correct. 12-16-21 28 USC 1746

In Struggle
Demetrius Hill
68133-053
AUSP Thomson

INMATE NAME DEMETRIUS HILL
INMATE REG # 68133-053
UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

INMATE IDENTIFICATION CONFIRMED

QUAD CITIES IL 612

20 DEC 2021 P 2 L

RECEIVED
DEC 23 2021
U.S. MARSHALS

To: Hon. Iain D. Johnston
U.S. District Judge
U.S. District Court
U.S. Courthouse
327 Church Street
Rockford, IL 61101

Legal mail
open only in
presence of addressee

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.

AUSP Thomson
DEC 20 2021
Received in CSD

Legal mail
open only in
presence of addressee