Hon. Iain D. Johnston
U.S. District Judge

FILED JAN 03 2022 — JUDGE IAIN D. JOHNSTON UNITED STATES DISTRICT COURT

12-12-21

RE: DEMETRIUS HILL v. Ciolli, 20-CV-50281

Dear Judge Johnston

On 12-10-21 at around 1:55 pm another cell-fight occurred on unit F-3,,, and staff sprayed voluminous amounts of O.C. Gas. However what distinguished this cell fight was the fact the correction officers, placed the WRONG two prisoners in the same cell upon their return from the showers! As the C.O. began to remove one prisoners hand cuffs the other prisoner (allegedly) slipped his cuffed hands to the front and attacked the hand cuffed prisoner.... This is the level of incompetence at this facility and I wonder whose life it will cost next,,,

I, Demetrius Hill, declare under penalty of perjury the forgoing facts true and correct. 28 USC 1746 - Dated: 12-12-21

John Struggle
Demetrius Hill
68133-053
AUSP Thomson

INMATE NAME DEMETRIUS HILL
REGISTER NUMBER 68133-053
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

QUAD CITIES IL 612

15 DEC 2021 PM 2 L

RECEIVED
DEC 20 2021
U.S. MARSHALS

Legal mail
open only in
presence of addressee

TO: Hon. Iain D. Johnston
U.S. District Judge
U.S. District Court
U.S. Courthouse
327 South Church Street
Rockford, IL, 61101

6110181272

AUSP Thomson

DEC 1 4 2021

Received in CSD

INMATE IDENTIFICATION CONFIRMED

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.

Legal mail open only in presence of addressee