Hon. Iain D. Johnston
U.S. District Judge

12-9-21

RE: DEMETRIUS Hall V. Ciolli 21CV-50281

FILED

JAN 03 2022

JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

Dear Judge Johnston

On 12-9-2021 a prisoner went to the shower here on E3 and told a officer he wanted to file a _PREA_ Complaint against his cell-mate for sexually assaulting him in the cell the night prior. And who was his _cellmate_,,, none other than _James Wilson_,,, _AGAIN_! This is now the _3rd prisoner_ in under 6 months who said they were sexually victimized by this sick deviant. And once _AGAIN_ this sexual predator was put in the cell with a prisoner under _25 years_ old! I wonder how many prisoners will be allowed to be sexually victimized — and probably _given AIDS_ — by this same sick predator before the WARDEN and his ENTIRE administration should be held criminally & civilly LIABLE?

1

And-the prisoner who filed the _PREA_ complaint
with the C.O., _AGAIN_, while exiting the shower was _ATTACKED_
& ~~ASSASSAULTED~~ _ASSAULTED_ by the C.O. Slammed to the
floor, and put in _CHAINS_, he _is_ in _CHAINS_ still, right
_now_ as I write this. And _AGAIN!_, the C.O. was able to assault
the prisoner behind the newly installed _CURTAINS!_ These Curtains
block out the cameras, remember on Dec. 3, 21 another prisoner
was assaulted in the same manner, in the same spot.

I have been told I was put in for a _medical_
transfer by this facility — but the Regional office _DENIED_
the _MEDICAL_ transfer... I was also told the same _Regional_
office has denied my _SYMBICORT_ ordered by Dr. Manning!
I am _wheezing_ and still having difficulty breathing and
can not get any medical attention for my _Asthma_.

2

Again I wonder if I were not a Black prisoner, and poor would this Court or any American Court, ignore its Constitutional oath & obligation. Again I ask this Court To take action, especially since any appeal From this Courts ruling would be Time Sensitive...

In Struggle
Demetrius Hill
68133-053

I DEMETRIUS HILL declare under penalty of perjury that the forgoing facts are true and correct. 28 USC 1746
12-9-21

3