Hon. Iain D. Johnston
U.S. District Judge

FILED
JAN 05 2022
JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

12-27-2021

RE: <u>DEMETRIUS HILL V. Andrew Cioll; 20-CV-50281</u>
<u>A-N-D</u> (attached 1 thru 5)

Dear judge johnston,

That young Black Mans life could of been saved,,, had this Court <u>not</u> persisted in its <u>Blind Justice</u> and Conservative Hands off Policy - When it comes to Black Prisoners. He had <u>LESS</u> than <u>2 years</u> until his RELEASE DATE!! Yet he was a <u>victim</u> of staff & prisoners alike,,, he's the same prisoner who was put in <u>CHAINS</u>, and repeatedly <u>SLAPPED</u> in the face by <u>Lt. Walden</u>, picked up and <u>Slammed</u>,,, and had <u>Gas</u> sprayed in his face — I wrote this Court about it in a prior Scribe — and the Court did NOTHING! And now he IS DEAD,,, after being forced to double Cell with another ~~Prisoner~~ Inmate I wrote u about...

Again I wonder if the abuses, assaults, rapes

1

and murders were happening to a majority UNDERLINE WHITE prison population would this Court still hold its Hands off Policy? Of course **NOT** and that's **why** a Federal Judge in **D.C.** wrote the Merrick Garland DOJ about the **BROKEN FINGER** of **Americas Proud Boys!!**

While in this prison EVERY DAY a BLACK prisoner is ASSAULTED, placed in CHAINS like a neo slave on a modernized plantation,,, and the WARDEN serves **BALONEY** for CHRISTMASS w/ String Beans! And of course the staff _stole_ our _donated_ Christmas bags - truly the Works of *Satan*!

I doubt anyone in this Court or the Prison administration will give his _Mother_ their Condolences for _allowing_ him to Die

In Struggle
King Demetrius
The 1st PROPHET
"3 JOHN 12"
TREASON

2

BLESS BE YAHWEH-
## A-N-D (Revelations 2:10)       12-27-21

12-15-2021 another Forced Double celling at USP Thomson, Another Prisoner Murdered, begging, pleading, Please dont kill me,,,

A-N-D- C.O. Benyo replied to his pleas,,,

Only name I knew him by was Lupe from upstate New York,,, From the same state I was born in, so I spoke to him, warned him, while the C.O.'s simply ignored him,,, A-N-D- Lost in a depth to deep to Comprehend, a victim waiting to happen, I attempted a kindness, yet who can believe or accept this when in The Snake Pit,,, Dont know what he did,,, Dont know what he didnt do,,, He said he was going HOME SOON, I only know he was Murdered in SMU,,, A-N-D- Forced into a Cell with a Raving Lunatic, who told the C.O. Unit Team and Karyn Smiddy, over & over he'd kill him,,, A-N-D- Lupe stayed in his bed, Pressed the top bunk clearly spooked & Lost, denied even a shower, he was

3

Completely Powerless, a victim waiting to happen,,,

<u>A-N-D-</u>

Every Prisoner & staff Member knows Donte Maddox-Correction officer-Mascot,,, Chains & Shackles had broken him down, proclaiming himself "Monkey Man of The Georgia Chain Gang South", Night & Day he'd Bang AND Scream every obscenity to everybody, anybody at Nobody, "Fire that AK Maddox" the C.O. Would scream, bang, bang, bang, he'd Bang to deprive the <u>prisoners</u> of sleep,,, Singing & Screaming 2pac songs, then Slipping into a Southern Country Melody, he is the Clearest example of Stockholm Syndrome,,, Broken until he loved & obeyed his <u>oppressors</u>,,, loved & obeyed his <u>Captors</u>,,,

<u>A-N-D-</u>

Is the word of <u>disregard</u>, their <u>Contempt</u>, their u <u>dont</u> Matter,,, u dont <u>exist</u> disposition,,, every fight, every assault,,, every Rape every day their <u>Racist Hatred</u> is conveyed by their <u>one word Indifference</u>,

4

<u>AND</u>... as <u>Lupe</u> was being killed, his <u>life</u> could of been <u>saved</u> but C.O. Benyo said <u>AND</u>,... <u>A-N-D-</u> means <u>ANOTHER NIGGER DEAD</u> stupid! <u>And</u>, so <u>Lupe</u> died <u>ALONE</u> in a cage Just <u>Another Nigger Dead</u> that could of Been <u>Saved</u>...

"<u>John 16:7-11</u>"

aka Struggle
King Demetrius
The 1st PROPHET
The 1st PROPHECY:
TREASON

5