# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Demetrius Hill,

Petitioner(s),

v.

Ciolli, et al.,

Respondent(s).

Case No. 20-cv-50281
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Respondents and against Petitioner. Case closed.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge Iain D. Johnston on a motion to dismiss.

Date: 1/10/2022                                          Thomas G. Bruton, Clerk of Court

\s\Yvonne Pedroza, Deputy Clerk